# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

August 11, 2021

VIA ECF
The Honorable Susan D. Wigenton
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:  United States v. Seth Levine, 21-cr-234 (SDW)

Dear Judge Wigenton:

      Benjamin Brafman and I represent Seth Levine in the above-referenced case, which is currently scheduled for sentencing on October 5, 2021. We have recently received the draft Presentence Report that includes references to Victim Impact Letters that have not yet been provided to counsel. Consequently, we are respectfully requesting that this Court direct the Probation Office to provide a redacted version of these letters to counsel so that counsel can adequately respond to the draft Presentence Report. Additionally, counsel requests to adjourn sentencing to October 28, 2021, to give counsel sufficient time to address issues raised by these letters and other objections to the draft Presentence Report, with the understanding that the final Presentence Report will be due 35 days before sentencing.

      We have spoken with the Government (Special Assistant United States Attorney Charlie Devine) and the Probation Office (Officer Daniel J. Carney), and both have no objection to our requests. We have attached a proposed order for the Court's convenience. Thank you for your consideration.

Respectfully submitted,

*Jacob Kaplan*

Jacob Kaplan, Esq.

cc:    Government Counsel (via ECF)
        Probation Officer Daniel J. Carney (via email)