# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

September 17, 2021

<u>VIA ECF</u>
The Honorable Susan D. Wigenton
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

Re:  <u>United States v. Seth Levine</u>, 21-cr-234 (SDW)

Dear Judge Wigenton:

Benjamin Brafman and I represent Seth Levine in the above-referenced case, which is currently scheduled for sentencing on October 28, 2021. We write now requesting to adjourn sentencing to the week of December 13, 2021, so that counsel can address outstanding issues with the Probation Office and the Government prior to sentencing, with the understanding that the final Presentence Report will be due 35 days before sentencing.

We have spoken with the Government (Special Assistant United States Attorney Charlie Devine) and the Probation Office (Officer Daniel J. Carney), and both have no objection to our request. We have attached a proposed order for the Court's convenience. Thank you for your consideration.

Respectfully submitted,

*Jacob Kaplan*

Jacob Kaplan, Esq.

cc:    Government Counsel (via ECF)
       Probation Officer Daniel J. Carney (via email)