# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

November 4, 2021

VIA ECF
The Honorable Susan D. Wigenton
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:  United States v. Seth Levine, 21-cr-234 (SDW)

Dear Judge Wigenton:

      Benjamin Brafman and I represent Seth Levine in the above-referenced case, which is currently scheduled for sentencing on December 14, 2021. Pursuant to Paragraph 13 of District of New Jersey Standing Order # 20-1, the final Presentence Report would be due 35 days before sentencing, i.e., November 9, 2021. We are in continued discussions with the Government to resolve specific issues related to the Presentence Report. Accordingly, we write now requesting that this Court modify the schedule to allow the Probation Office to file its final Presentence Report 21 days before sentencing to give the parties additional time to resolve these issues without adjourning the sentencing date.

      We have spoken with the Government (Special Assistant United States Attorney Charlie Devine), who has no objection to our request. We have also spoken with Probation Office (Officer Daniel J. Carney), who takes no position to our request. We have attached a proposed order for the Court's convenience. Thank you for your consideration.

      Respectfully submitted,

      *Jacob Kaplan*

      Jacob Kaplan, Esq.

cc:    Government Counsel (via ECF)
       Probation Officer Daniel J. Carney (via email)