UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-

SETH LEVINE,                                                 21-cr-234 (SDW)

                Defendant.
---------------------------------------------------------X

## **ORDER**

      Based on the attached letter from Jacob Kaplan (counsel for Seth Levine) dated November 18, 2021, and without objection from the Government (Special Assistant United States Attorney Charlie Devine), and with no position from the Probation Office (Officer Daniel J. Carney), and for good cause shown, it is hereby ORDERED as follows:

        The Probation Office is directed to provide counsel with a redacted version of the Victim Impact Letter it recently received relating to this matter, as well as any additional Victim Impact Letters it subsequently receives relating to this matter; and

        Sentencing is adjourned from December 14, 2021, to January 26, 2022 at 3:00 p.m.;

                                                                                             */s/ Susan D. Wigenton*

                                                             The Honorable Susan D. Wigenton
                                                              United States District Judge

Dated:  November  18 , 2021
            Newark, NJ