UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

SETH LEVINE,

                       Defendant.

---------------------------------------------------------X

21-cr-234 (SDW)

**SENTENCING SUBMISSION NOTICE ON BEHALF OF SETH LEVINE**

Please be advised that, on March 20, 2022, counsel submitted sentencing materials to the Court on behalf of Seth Levine in the above-captioned case.

Dated: March 21, 2022

*Jacob Kaplan*
Jacob Kaplan, Esq.
Brafman & Associates, P.C.
256 Fifth Avenue, 2nd Floor
New York, NY 10001