# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge: Susan D. Wigenton             Date: March 30, 2022

Court Reporter: Joanne Sekella

**Title of Case:**                                      Docket # Cr. 21-235 (SDW)

U.S.A. v. Seth Levine

**Appearances:**
Heather Suchorsky, AUSA, & Charlie Divine, AUSA, for the govt.
Benjamin Brafman, Esq, & Jacob Kaplan, Esq, for the deft.
Joanne Young, U.S. Probation Office.

**Nature of Proceedings:**   SENTENCING
Defendant present.
Two victims (L.P. & S.S.) addressed the Court.
Ordered variance granted. Total Offense Level will be 30.
Sentence on Counts 1 & 2 of the Information: Imprisonment for a term of 97 months on each count to run concurrently.
Supervised Release for a term of 5 years on count 1 and 3 years on count 2 to run concurrently.
Additional Conditions of Supervised Release.
1) Refrain from alcohol and drugs.
2) Financial Disclosure.
3) New Debt Restrictions.
4) Mental Health Treatment.
5) Self/Employment Restrictions.
Restitution: Hearing to take place on or before 6-30-22.
Consent Order of Forfeiture submitted and signed.
Special Assessment of $200.00.
The defendant is advised of his rights to appeal.
BOP will determine designation and surrender date.
Ordered bail continued.

Time Commended: 3:15 p.m.
Time Adjourned: 4:35 p.m.
Total Time: 1.20

                              Philip Selecky, Deputy Clerk