UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 21-cr-234 |
| SETH LEVINE, | : | |
| Defendant. | : | ORDER OF RESTITUTION |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Special Assistant United States Attorney Charlie L. Divine, appearing) and defendant Seth Levine (Benjamin Brafman, Esq. and Jacob Kaplan, Esq., appearing) for an order setting restitution and amending the Judgment of Conviction, ECF No. 28, in the above-captioned matter, it is

ORDERED that Defendant shall make restitution in the amount of **$57,341,699** to the victims as set forth in Exhibit A, and it is further;

ORDERED that the restitution in this matter is due immediately and in full and that interest is waived, and it is further;

ORDERED, pursuant to 18 U.S.C. § 3664(i), that the restitution amount specified in Exhibit A owed to individual victims, identified by initials, shall be paid, satisfied, and distributed proportionately first until all restitution to individual victims is satisfied, and that all further restitution amounts to all

other victims specified in Exhibit A shall then be distributed proportionately until all such remaining amounts are satisfied, and it is further;

ORDERED that this Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment of Conviction as if set out verbatim therein, and it is further;

ORDERED that payments should be made payable to "Clerk, U.S. District Court" and mailed to Clerk, United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut St., Newark, NJ 07102, and it is further;

ORDERED that all other portions of the Judgment of Conviction previously entered shall remain in full force and effect.

DATED: July 27, _____, 2022.

_____
Hon. Susan D. Wigenton
United States District Judge

Form and entry consented to:

PHILIP R. SELLINGER
United States Attorney

By: *[signature]*                                   Dated: July 27, 2022
     Charlie L. Divine
     Special Assistant United States Attorney


*[signature: Jacob Kaplan]*                            Dated: July 27, 2022
Benjamin Brafman, Esq.
Jacob Kaplan, Esq.
Counsel for Defendant Seth Levine

**Exhibit A**

| VICTIM | RESTITUTION |
|---|---|
| Lument Capital | $3,452,655 |
| Park National Cap Funding | $2,550,000 |
| Madison Park Investors | $1,900,000 |
| J & J Capital Realty Associates LLC | $866,749 |
| JLJ Capital LLC | $1,117,314 |
| Progress Direct | $2,225,000 |
| Conventus Lending | $6,962,247 |
| Affinity Federal Credit Union | $1,648,286 |
| Privcap Funding LLC | $574,587 |
| New York Community Bank | $1,864,673 |
| Spencer Savings Bank | $2,954,268 |
| U.S. Bank N.A., as Trustee for the Registered Holders of J.P Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB55 | $85,639 |
| U.S. Bank N.A., as Trustee for the Registered Holders of J.P Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB52 | $4,461 |
| U.S. Bank N.A., as trustee for the registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB57 | $1,562,094 |
| U.S. Bank N.A., as trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB58 | $659,889 |
| Wells Fargo Bank, N.A., as trustee for the registered Holders of Amherst Pierpont Commercial Mortgage Securities LLC, Multifamily Mortgage Pass-Through Certificates, Series 2019-SB59 | $2,418,000 |

| VICTIM | RESTITUTION |
|---|---|
| Wilmington Trust, N.A., as trustee for the registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB55 | $3,816,661 |
| Wilmington Trust, N.A., as trustee for the registered holders of Credit Suisse First Boston Mortgage Securities Corp. Multifamily Mortgage Pass-Through Certificates, Series 2019-SB61 | $2,594,516 |
| U.S. Bank N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-SB63 | $1,026,671 |
| Citibank, N.A., as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB48 | $6,664,484 |
| Court and Pacific LLC | $189,000 |
| AC | $1,500,000 |
| MS | $1,000,000 |
| SK & GI | $1,337,812 |
| AL | $213,000 |
| AS | $361,750 |
| DC & TC | $334,000 |
| YF | $100,000 |
| BG & MG | $307,815 |
| FM | $94,000 |
| JB | $13,912 |
| DN | $97,694 |
| GW | $451,492 |
| LP & AP | $1,311,540 |
| DO, EO, & EOW | $453,500 |
| KS | $100,000 |
| MS & TS | $98,544 |
| DM | $200,000 |

2

| VICTIM | RESTITUTION |
|--------|-------------|
| BK | $41,555 |
| SS | $710,290 |
| SS | $188,500 |
| ML | $2,678,625 |
| DF | $9,116 |
| BS | $200,000 |
| MR | $30,000 |
| MI | $8,180 |
| TS | $8,180 |
| SS | $355,000 |
| **Total** | **$57,341,699** |

3